1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CANDICE JAYROE,

                Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

                Defendant.

CASE NO. 12-cv-05338 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Judge J. Richard

Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

     (1)     The Court adopts the Report and Recommendation with the following

           amendments agreed to by both parties:

           a.   Nora Brown, Ph.D. is an examining psychologist, rather than a "State agency

                medical consultant." (Dkt. 19 at 2-5)

           b.   The ALJ's rejection of Dr. Guji's opinion is "not supported by specific and

                legitimate reasons."

     (2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42

           U.S.C. § 405(g) to the Commissioner for further consideration.

1    (3)    **JUDGMENT** is for plaintiff and the case should be closed.

2    (4)    The Clerk is directed to send copies of this Order to counsel of record.

3    Dated this 10th day of April, 2013.

4

5    _____
     RONALD B. LEIGHTON
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24